UNITED STATES COURT FOR THE DISTRICT OF PUERTO RICO
BEFORE HONORABLE DANIEL R. DOMINGUEZ

MINUTES OF PROCEEDINGS  DATE: November 28, 2011
CIVIL NO. 09-2014 (DRD)
LAW CLERK: Joan Mulet

===================================================================

LA CARPA CORPORATION,
Plaintiff(s),                                                  José Valenzuela

v.

AMERICAN SPACEFRAME FABRICATORS,
LLC,
Defendant(s).                                                  Salvador Antonetti

===================================================================

### SEALED MINUTES

A Status Conference was held today. The *in camera* meeting began at 4:15 p.m. and ended at 4:45 p.m.

At the outset the parties informed the Court on the status of the case. The only issue pending is the contractual issue. The parties further expressed that they are amenable to making a good-faith attempt to reach a plausible settlement agreement, *albeit* after completing a short discovery. The Court suggested that the case be stayed for a period of 45-60 days to seek a commercial resolution of the case. The parties agreed with the recommendation made by the Court as to the stay of the case, and avoid costly discovery costs.

In view of the foregoing, the Court entered the following:

### ORDER

1. As per agreement of the parties, the instant case is stayed until March 30, 2012.

2. The instant minutes shall be filed under seal.

3. The Court encouraged the parties to explore settlement negotiations.

4. Plaintiff will submit a written settlement demand to defendant American Spaceframe Fabricators, LLC ("ASF"), on or before January 20, 2012. ASF shall respond to plaintiff's settlement demand on or before February 20, 2012. Thereafter, the parties shall meet, in person or through counsel, during the first week of March 2012. Ten days after the meeting, the parties will inform the Court about the results of their efforts to reach a settlement agreement.

5.	The parties are granted a final term until **March 30, 2012** to file a status report on the results of the settlement negotiations.  The stay will be lifted automatically on March 30, 2012.

IT IS SO ORDERED.

S/ Daniel R. Domínguez
DANIEL  R.  DOMINGUEZ
U.S. DISTRICT JUDGE
